HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Ms. Butler

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25cr179-DAD-1 |
| Plaintiff, | **WAIVER OF PERSONAL APPEARANCE AND ORDER** |
| vs. | |
| YOLANDA BUTLER, | Date: December 29, 2025 |
| Defendant. | Time: 9:30 am<br>Judge: Hon. Dale A. Drozd |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, Defendant Yolanda Butler hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including when the case is set for trial, when a continuance is ordered, when time is excluded under the Speedy Trial Act, when a detention hearing is held, and when any other action is taken by the Court before or after trial, except upon such critical stages as an arraignment, change of plea, empanelment of jury and imposition of sentence.

Defendant hereby requests the Court to proceed during every absence of hers which the Court may permit pursuant to this waiver; agrees that her interests will be deemed represented at all times by the presence of her attorney, the same as if defendant were personally present; and further agrees to be present in person in court ready for trial on any day which the Court may fix in her absence.

Defense counsel will advise the United States Marshals at least two weeks before the defendant's presence is needed.

DATED:   September 30, 2025          /s/ *Yolanda Butler*[1]
YOLANDA BUTLER
Defendant

DATED:   September 30, 2025          Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/  Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Ms. Butler

## ORDER

Defendant Butler's waiver of appearance is accepted by the court but will not excuse her appearance from any trial confirmation hearing, trial or any other court hearing if so ordered by the court.

IT IS SO ORDERED.

Dated:   **October 1, 2025**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

---

[1] A hand signed copy will be kept in Ms. Butler's file.