ERIC GRANT
United States Attorney
NCHEKUBE ONYIMA
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YOLANDA BUTLER, LEGERRIUS HOLT, and QUAMAINE MASSEY,<br><br>Defendants. | CASE NO. 2:25-CR-00179-DAD<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT FINDINGS AND ORDER<br><br>DATE: March 16, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its attorney of record, Nchekube Onyima, Special Assistant United States Attorney, and defendants Yolanda Butler, Legerrius Holt, and Quamaine Massey both individually and by and through their counsels of record, Hootan Baigmohammadi, Kresta Daly, and Michael Hansen, hereby stipulate as follows:

1.    By previous order this matter was set for status on December 29, 2025, and excluded time from September 30, 2025, through December 29, 2025, under Local Code T4.

2.    By previous order this matter was set for status on March 16, 2026, and excluded time from December 29, 2025, through March 16, 2026, under Local Code T4.

3.    By this stipulation, the defendants now move to continue the status conference until July 27, 2026, and to exclude time between March 16, 2026, and July 27, 2026, under Local Code T4.

4.    The parties agree and stipulate, and request that the Court find the following:

STIPULATION TO CONTINUE AND EXCLUSION      1
OF TIME UNDER SPEEDY TRIAL ACT

a)      The discovery in this case consists of over 60,000 pages of documents, including financial records, police reports, images, and forensic reports of digital devices.  The majority of this discovery is covered by a Protective Order.

b)      The parties are also working on setting a date to meet with the government and its case agents in this case to discuss the discovery and possible resolution.

c)      Due to the nature of the discovery in this case, and the upcoming meeting with the government's case agents, defendants' counsels require additional time to review the discovery, discuss potential resolution with their clients, and otherwise prepare for trial.

d)      Defendants' counsels believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)      The government does not object to the continuance.

f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 16, 2026 to July 27, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

STIPULATION TO CONTINUE AND EXCLUSION
OF TIME UNDER SPEEDY TRIAL ACT

2

5.	Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludible from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  March 11, 2026

ERIC GRANT
United States Attorney

/s/ NCHEKUBE ONYIMA
NCHEKUBE ONYIMA
Special Assistant U.S. Attorney

Dated:  March 11, 2026

/s/HOOTAN BAIGMOHAMMADI
HOOTAN BAIGMOHAMMADI
Counsel for Defendant
Yolanda Buter

Dated:  March 11, 2026

/s/KRESTA DALY
KRESTA DALY
Counsel for Defendant
Legerrius Holt

Dated:  March 11, 2026

/s/MICHAEL HANSEN
MICHAEL HANSEN
Counsel for Defendant
Quamaine Massey

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the status conference previously scheduled for March 16, 2026 is continued to July 27, 2026, at 9:30 a.m. and time is excluded between March 16, 2026, and July 27, 2026, under Local Code T4.  **However, no further continuances of the of the status conference in this case will be granted absent a compelling showing of good cause.**

IT IS SO ORDERED.

Dated:  **March 11, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE AND EXCLUSION
OF TIME UNDER SPEEDY TRIAL ACT

3